UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 3:19-mj-00660-BH |
| JAMES RUSSELL SMITH (1) | § § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 29 day of July, 2019

_[signature]_
Signature of Attorney

Keith Willeford
Attorney Name (Please Print)

00791931 Tx
Attorney Bar Number

2615 Lee St  P.O. Box 11
Street Address

Greenville Tx 75403
City, State, Zip

kwlaw@mc.com
E-mail Address

903 455-1991
Telephone Number (including area code)

903 455-1417
Fax Number