AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>James Russell Smith<br>a/k/a JR Smith<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>**3-19MJ660-BH** |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    James Russell Smith a/k/a JR Smith,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to conceal a person from arrest, in violation of 18 U.S.C. § 371 and 1071.

Date: 07/26/2019

_Issuing officer's signature_

City and state:   Dallas, Texas            Irma C. Ramirez, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 07/26/19, and the person was arrested on _(date)_ 07/29/19
at _(city and state)_ Dallas, TX

Date: 07/29/19

_Arresting officer's signature_

Kerri Sieks    DUSM
_Printed name and title_